

```
FILED
CLERK, U.S. DISTRICT COURT
2/11/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: _____MMC_____ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MARK ANTHONY WALKER,<br><br>　　　　Defendant. | CR No. 2:25-CR-00099-MWC<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1), (b)(1)(C): Distribution of Fentanyl Resulting in Death; 21 U.S.C. § 853: Criminal Forfeiture] |

The Grand Jury charges:

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about November 3, 2023, in Los Angeles County, within the Central District of California, defendant MARK ANTHONY WALKER knowingly and intentionally distributed N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II narcotic drug controlled substance, the use of which resulted in the death and serious bodily injury of victim C.B. on or about November 5, 2023.

FORFEITURE ALLEGATION

[21 U.S.C. § 853]

1.  Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 21, United States Code, Section 853, in the event of the defendant's conviction of the offense set forth in this Indictment.

2.  The defendant, if so convicted, shall forfeit to the United States of America the following:

   (a)  All right, title and interest in any and all property, real or personal, constituting or derived from, any proceeds which the defendants obtained, directly or indirectly, from any such offense;

   (b)  All right, title and interest in any and all property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of any such offense; and

   (c)  To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a) and (b).

3.  Pursuant to Title 21, United States Code, Section 853(p), the defendant, if so convicted, shall forfeit substitute property if, by any act or omission of the defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished

1 | in value; or (e) has been commingled with other property that cannot
2 | be divided without difficulty.
3 |                                          A TRUE BILL
4 |
5 |                                          /S/_____
6 |                                          Foreperson
7 | JOSEPH T. MCNALLY
  | Acting United States Attorney
8 |
9 | LINDSEY GREER DOTSON
  | Assistant United States Attorney
  | Chief, Criminal Division
10 |
11 | [signature: Frances S. Lewis]
12 | FRANCES S. LEWIS
   | Assistant United States Attorney
13 | Chief, General Crimes Section
14 |
   | BENEDETTO L. BALDING
15 | Assistant United States Attorney
   | Deputy Chief, General Crimes
16 | Section
17 | ALEXANDER H. TRAN
   | Assistant United States Attorney
18 | General Crimes Section